

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey A. Almada on behalf of himself and all other similarly situated class members<br><br>**Plaintiff,**<br><br>V.<br><br>Krieger Law Firm, A.P.C.<br><br>**Defendant.** | Civil Action No.   19cv2109-TWR-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion for Summary Judgment (ECF No. 28), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 27), DENIES AS MOOT Plaintiff's Motion for Class Certification (ECF No. 26), and GRANTS Plaintiff's Sealing Motion (ECF No. 24). Accordingly, the Clerk of Court SHALL FILE UNDER SEAL Plaintiff's Exhibit 6, previously lodged with the Court at ECF No. 25, and SHALL ENTER Judgment in favor of Defendant.

**Date:**    3/8/21

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Andersen
                                        S. Andersen, Deputy