## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. ALMADA, on behalf of himself and all other similarly situated class members,<br><br>         Plaintiff,<br><br>v.<br><br>KRIEGER LAW FIRM, A.P.C.,<br><br>         Defendant. | Case No.: 19-CV-2109 TWR (MDD)<br><br>**ORDER GRANTING MOTION TO STAY ENFORCEMENT OF JUDGMENT**<br><br>(ECF No. 46) |

  Presently before the Court is the Motion to Stay Enforcement of Judgment ("Motion," ECF No. 46), filed by Plaintiff.

  On March 8, 2021, the Court issued an Order granting Defendant's Motion for Summary Judgment (ECF No. 38), and on the same date, the Clerk of the Court entered Judgment. (ECF No. 40.) On March 22, 2021, Defendant filed a Bill of Costs seeking $5,789.51 in costs. (ECF No. 41.) On March 23, 2021, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. (ECF No. 43.) On March 31, 2021, Plaintiff filed the Motion, seeking "to stay enforcement of the bill of costs" pending the outcome of Plaintiff's appeal and requesting that the Court not require Plaintiff to post a bond. (Mot. at 3–5, ECF No. 46.)

  On April 5, 2021, the Court entered an Order stating that any response to the Motion "shall be filed no later than April 14, 2021." (ECF No. 49 at 1.) The docket reflects that

Defendant has not filed an opposition or other response to the Motion.

Accordingly, the Court **GRANTS** the Motion as unopposed pursuant to Local Rule 7.1(f)(3)(c).  (ECF No. 46.)  The Court **STAYS** the Clerk of the Court from taxing costs pursuant to Federal Rule of Civil Procedure 54(d)(1) until further order of the Court.  Defendant may move the Court to lift the stay on taxing costs following issuance of a mandate from the Ninth Circuit resolving Plaintiff's appeal.  This case remains closed.

**IT IS SO ORDERED.**

Dated:  May 28, 2021

_____
Honorable Todd W. Robinson
United States District Court