**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Jeffrey A. Almada

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. ALMADA, on behalf of himself and of all other similarly situated class members,<br><br>Plaintiff,<br><br>v.<br><br>KRIGER LAW FIRM, A.P.C.,<br><br>Defendant. | Case No.: 3:19-cv-02109-TWR-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>**<u>Final Approval/Fairness Hearing</u>**<br>**Date**: January 26, 2023<br>**Time**: 1:30 p.m.<br>**Courtroom**: 3A<br>**Judge**: Hon. Todd W. Robinson<br><br><br>Complaint Filed: November 4, 2019<br>FAC Filed: June 2, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **January 26, 2023, at 1:30 p.m**., (the date of the scheduled final approval / fairness hearing), at the United States District Court, Southern District of California, Courtroom 3A, 221 West Broadway, San Diego, California, 92101, before the Hon. Todd W. Robinson, plaintiff Jeffrey A. Almada ("Plaintiff") will and hereby does move for final approval of a proposed class action settlement and certification of the settlement class, pursuant to Fed. R. Civ. P. 23(a), 23(b)(3) and 23(e), as well as Section III.DD of the Settlement Agreement (Dkt. No. 75-3).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the First Amended Complaint, all other pleadings and papers on file with the Court in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.[2]

Dated: December 15, 2022               Respectfully Submitted,

                              **KAZEROUNI LAW GROUP, APC**

                              By:     */s Abbas Kazerounian*
                                     Abbas Kazerounian, Esq.
                                     *Attorneys for Plaintiff*

---

[2] Plaintiff's Motion For Attorneys' Fees, Costs And Service Award was filed on October 21, 2022 (*see* Dkt. No. 77).

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**